# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:05CV274-V

| | |
|---|---|
| DONALD ABSHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| CORNING INCORPORATED, CORNING ) | |
| CABLE SYSTEMS, LLC, and LIBERTY LIFE ) | |
| ASSURANCE COMPANY OF BOSTON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Petition For Admission Pro Hac Vice By Ashley B. Abel" (document #9) filed December 22, 2005. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

`Signed: December 29, 2005`

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge